# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SHAWNTE M. SPEED, )
)
   Plaintiff, )
) Civil Action File No.
vs. ) 5:24-cv-00088-JSM-PRL
)
RENT RECOVERY SOLUTIONS, LLC, )
and VENTRON MANAGEMENT, LLC, )
d/b/a BROOKS CROSSING, )
)
   Defendant. )
)

## DEFENDANT RENT RECOVERY SOLUTIONS, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

COMES NOW Defendant, Rent Recovery Solutions, LLC, ("Defendant"), by and through counsel, moves for an extension of time to file a responsive pleading in this case and as grounds states as follows:

1. Defendant was served with the Summons and Complaint in this case on March 26, 2024.

2. Defendant's responsive pleading is due on April 16, 2024, in accordance with the provisions of the Federal Rules of Civil Procedure.

3. Undersigned counsel has been retained by Defendant and needs additional time to investigate this matter and to formulate an appropriate responsive pleading.

- 2 -

4. Plaintiff's counsel has agreed to an extension through April 30, 2024, for Defendant to respond to the Complaint.

WHEREFORE, your Defendant prays that this Honorable Court grant its motion to extend the time for filing a responsive pleading in this case until April 30, 2024.

Respectfully submitted this 16th day of April 2024.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Florida Bar No. 1033458
*Counsel for Defendant Rent Recovery Solutions, LLC*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| SHAWNTE M. SPEED, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RENT RECOVERY SOLUTIONS, LLC, ) <br> and VENTRON MANAGEMENT, LLC, ) <br> d/b/a BROOKS CROSSING, ) <br> ) <br> Defendant. ) <br> ) | Civil Action File No. <br> 5:24-cv-00088-JSM-PRL |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed Defendant Rent Recovery Solutions, LLC's Unopposed Motion for Extension of Time using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Alexander J. Taylor
ataylor@sulaimanlaw.com

Respectfully submitted this 16th day of April 2024.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Florida Bar No. 1033458
*Counsel for Defendant Rent Recovery Solutions, LLC*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096

- 3 -

- 4 -

Telephone: (678) 253-1871
jaust@bedardlawgroup.com

- 4 -