**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SHAWNTE M. SPEED,

     Plaintiff,                              Case No. 5:24-cv-00088-JSM-PRL

v.

RENT RECOVERY SOLUTIONS, LLC,
and VENTRON MANAGEMENT, LLC,
d/b/a BROOKS CROSSING,

     Defendant.

_____/

**JOINT MOTION TO REQUEST CASE MANAGEMENT CONFERNCE**

**NOW COME**  SHAWNTE M. SPEED ("Plaintiff") and RENT RECOVERY

SOLUTIONS, LLC ("Rent Recovery"), by and through their undersigned counsel,

and pursuant to the Order Referring Case to U.S. Magistrate Judge for IDEAL

Program, hereby requesting that this Honorable Court schedule a Case Management

Conference in this case and, in support thereof, stating as follows:

1.     On February 23, 2024, Plaintiff filed this action alleging violations of the

Fair Debt Collection Practices Act ("FDCPA") and the Florida Consumer Collection

Practices Act ("FCCPA").  [Dkt. 1]

2.     On March 4, 2024, the Court issued the Order Referring Case to U.S.

Magistrate Judge for IDEAL Program ("Order").

1

3.     The Order requires the Parties to file a motion requesting a Case Management Conference before the assigned magistrate judge within seven (7) days of the appearance of the first Defendant in the case.

4.     On April 16, 2024, Rent Recovery appeared through its counsel and filed an Unopposed Motion to Extend Time to File Responsive Pleading and other various filings.[1] [Dkt. 9-12]

5.     In accordance with the Order, Plaintiff and Rent Recovery are filing the instant motion to request a Case Management Conference.

6.     Since both of the parties' counsel are not based in Florida, the parties respectfully request that this Honorable Court allow the parties' counsel to appear virtually for the Case Management Conference.

**WHEREFORE**, Plaintiff and Rent Recovery respectfully request that this Honorable Court set a date for the Case Management Conference and allow the parties' counsel to appear virtually.

Dated: April 23, 2024                              Respectfully submitted,

/s/ Alexander J. Taylor              /s/ Jonathan Aust
Alexander J. Taylor                  Jonathan Aust
*Counsel for Plaintiff*              *Counsel for Defendant*
Sulaiman Law Group, Ltd.             Bedard Law Group, P.C.
2500 Highland Avenue, Suite 200      4855 River Green Parkway
Lombard, Illinois 60148              Duluth, GA 30096
Phone: (630) 575-8181 Ext 180        Phone: (678) 253-1871
ataylor@sulaimanlaw.com              jaust@bedardlawgroup.com

---

[1] Defendant Ventron Management LLC ("Ventron") was served on March 25, 2024 [Dkt. 7] and has not appeared or otherwise responded to Plaintiff's complaint. Ventron's responsive pleading is past due and Plaintiff intends on filing a motion for entry of default in short order.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, a true and correct copy of the above and foregoing was served by email on those parties receiving electronic notice through the Court's CM/ECF system.

*/ s/ Alexander J. Taylor*