## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GEORGE R. MADISON,

     Plaintiff,                       Case No. 8:24-cv-00486-JSM-CPT

v.

HUNTER WARFIELD, INC.,

     Defendant.

_____/

### STIPULATION TO PARTICIPATE IN IDEAL PROGRAM

    PLEASE TAKE NOTICE that GEORGE R. MADISON ("Plaintiff") and

HUNTER WARFIELD, INC. ("Defendant"), by and through their undersigned

counsel, hereby stipulate and agree to participate in the Court's IDEAL program.


Dated: April 23, 2024           Respectfully submitted,

/s/ Alexander J. Taylor           /s/ Chelsey R. Pankratz
Alexander J. Taylor              Chelsey R. Pankratz
*Counsel for Plaintiff*             *Counsel for Defendant*
Sulaiman Law Group, Ltd.        Frost Echols
2500 Highland Avenue, Suite 200    301 W. Bay St., Suite 1440
Lombard, Illinois 60148          Jacksonville, Florida 32202
Telephone: (630) 575-8181 Ext 180  Phone: (904) 467-5665
ataylor@sulaimanlaw.com        Chelsey.pankratz@frostechols.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, a true and correct copy of the above and foregoing was served by email on those parties receiving electronic notice through the Court's CM/ECF system.

*/ s/ Alexander J. Taylor*