# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SHAWNTE M. SPEED,

        Plaintiff,

v.                                    Case No. 5:24-cv-00088-JSM-PRL

RENT RECOVERY SOLUTIONS,
INC. et al.

        Defendants.

## NOTICE OF MEDIATION

Pursuant to the Court's June 6, 2024 Order [Dkt. 25], Plaintiff Shawnte M. Speed and Defendant Rent Recovery Solutions, Inc. hereby provide notice to the Court that the parties have agreed to mediate this dispute with Emmet Lamar Battles on November 7, 2024 (confirmation pending).

Dated: October 8, 2024                        Respectfully submitted,

<u>/s/ Alexander J. Taylor</u>                     <u>/s/ Jonathan Aust</u>
Alexander J. Taylor, Esq.                    Jonathan Aust, Esq.
SULAIMAN LAW GROUP, LTD.        BEDARD LAW GROUP, P.C.
2500 S. Highland Ave, Suite 200         4855 River Green Parkway, Suite 310
Lombard, IL 60148                          Duluth, GA 30096
(630) 575-8181                              Phone: (678) 253-1871
(630) 575-8188 (fax)                      jaust@bedardlawgroup.com
ataylor@sulaimanlaw.com                *Counsel for Defendant*
*Counsel for Plaintiff*